IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GENERAL GRANT BELL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D15-0238

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed February 6, 2015.

Petition Seeking Belated Appeal -- Original Jurisdiction.

General Grant Bell, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.